## BOARD OF COM'RS OF CRAIG COUNTY v. SMARTT, Sheriff.

No. 7464—Opinion Filed July 15, 1919.

Error from County Court, Craig County; E. M. Probosco, Judge.

Action by L. P. Smartt, Sheriff, against the board of commissioners of Craig county on certain claims for the board of prisoners. Judgment for plaintiff, and defendant bring error.

On rehearing. Rehearing granted, former opinion (published in 158 Pac. 601, L. R. A. 1916F, 892) withdrawn, and judgment of lower court affirmed.

Williard H. Voyles, for plaintiff in error.

W. H. Kornegay, for defendant in error.

OWEN, C. J. The question presented in this case is identical with that presented in Smartt v. Board of County Commissioners (No. 7737) 67 Oklahoma, 169 Pac. 1101, L. R. A. 1918C, 313. On authority of that case, the petition for rehearing will be granted, the opinion filed May 16, 1916 (published in 158 Pac. 601, L. R. A. 1916F, 892), withdrawn, and the judgment of the lower court affirmed.

RAINEY, PITCHFORD, McNEILL, and HIGGINS, JJ., concur. SHARP, J., dissents.